United States Court of Appeals

For the Eighth Circuit

_____

No. 18-1338
_____

James E. Whitney, ADC #163817

*Plaintiff - Appellant*

v.

United States Department of Justice

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: December 21, 2018
Filed: January 25, 2019
[Unpublished]
_____

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

James E. Whitney appeals the district court's[1] grant of summary judgment to the United States Department of Justice in his pro se Freedom of Information Act

_____

[1]The Honorable D. P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.

(FOIA) action. Having carefully reviewed the record and the parties' arguments on appeal, we find no error in the district court's decision. <u>See</u> <u>Miller v. U.S. Dep't of State</u>, 779 F.2d 1378, 1382 (8th Cir. 1985) (in FOIA cases, grant of summary judgment is appropriate where "the agency proves that is has fully discharged its obligations under FOIA, after the underlying facts and inferences to be drawn from them are construed in the light most favorable to the FOIA requester"). Accordingly, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____